**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | | |
|---|---|---|
| PINNACLE AMUSEMENT, LLC, | : | No. 479 MAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| BUREAU OF LIQUOR CONTROL | : | |
| ENFORCEMENT, | : | |
| | : | |
| Petitioner | : | |
| | | |
| PINNACLE AMUSEMENT, LLC, | : | No. 480 MAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| BUREAU OF LIQUOR CONTROL | : | |
| ENFORCEMENT, | : | |
| | : | |
| Petitioner | : | |
| | | |
| PINNACLE AMUSEMENT, LLC, | : | No. 481 MAL 2023 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| BUREAU OF LIQUOR CONTROL | : | |
| ENFORCEMENT, | : | |
| | : | |
| Petitioner | : | |

PINNACLE AMUSEMENT, LLC,

           Respondent

       v.

BUREAU OF LIQUOR CONTROL
ENFORCEMENT,

           Petitioner

: No. 482 MAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the
: Commonwealth Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.